# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

Creditor: Titlemax, 216 Northside Drive East,
Statesboro, Georgia 30458

$ 2,016.00 (secured)

In re:
**Jacqueline S. Barrs**
  Debtor

Case No.:   19−60038−EJC
Judge:   Edward J. Coleman III
Chapter:   13

## NOTICE OF CLAIM FILED BY DEBTOR OR TRUSTEE

Pursuant to Bankruptcy Rule 3004 notice is hereby given that the debtor or trustee in the captioned case filed a proof of claim on behalf of the creditor and in the amount shown above.

You are further notified that you may file your own proof of claim for the proper amount and showing proper perfection of a security interest, if any. A proof of claim form can be obtained by visiting www.uscourts.gov/forms/bankruptcy−forms. Claims may also be filed electronically through the court's website at: www.gasb.uscourts.gov.

**Lucinda Rauback , CLERK**
United States Bankruptcy Court
 125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **April 23, 2019**

*13−47[Rev. 03/19]* **EKB**